614 So.2d 1241 (1993)
Hugh R. GOODRICH, Priscilla Goodrich Rea, and Thomas E. Berry, Plaintiffs-Appellees and
Fielding Lewis Cocke, Camille Cocke Patton, Tamara Cocke Jenkins, Caroline Hoff, Carol C. Hoff, Stuart Lewis Hoff, and Reuben H. Hartman, Intervenors-Appellees,
v.
EXXON COMPANY, USA.
No. 93-C-0041.
Supreme Court of Louisiana.
March 19, 1993.
*1242 Denied.
LEMMON, HALL and ORTIQUE, JJ., would grant the writ.
CALOGERO, C.J., not on panel.